**No. 55063.**—New York Auction Co. *v.* United States, protest 935587–G (New York).

319

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of goatskins similar in all material respects to those the subject of *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302), the claim for free entry under paragraph 1681 was sustained.